UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No.   14-40497-LKG |
| | ) | |
| MICHAEL R. PIOTTER, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| VANDERBILT MORTGAGE AND | ) | |
| FINANCE, INC., | ) | |
| Movant. | ) | |

## AGREED ORDER ON VANDERBILT MORTGAGE AND FINANCE, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Come Now the Parties and enter this Agreed Order ("Order") in settlement of Movant Vanderbilt Mortgage and Finance, Inc.'s Motion for Relief from Automatic Stay:

1. Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt") has a valid perfected security interest in certain real property commonly known and numbered as 1105 Mulberry Street, Eldorado, Illinois 62930 (the "Realty") including a 2008 Dutch Housing Dutch Limited Mobile/Manufactured Home, VIN #210000HDF602498AB, 28 x 66, including all fixtures therein (collectively, the "Property").

2. Beginning August 30, 2014, Debtor agrees to timely and fully make his Chapter 13 Plan payments to the Trustee in the amount of $1,289.00 per month.

3. Debtor is due a partial payment to the Trustee for his July 30, 2014 Chapter 13 Plan payment in the amount of $83.25.

4. Within thirty (30) days of the entry of this Order, Debtor will be current on his Chapter 13 Plan payments.

5. Debtor agrees to timely and fully make all payments for taxes.

6. Debtor will provide Movant adequate protection, in connection with collateral protection insurance, in the following manner:

    a. Debtor will keep acceptable collateral protection insurance on the Property in effect continuously and without interruption in the future. Debtor must obtain collateral protection insurance through an outside source.

    b. Debtor will obtain and provide Movant proof of having obtained collateral protection insurance on the Property, which policy shall identify Movant as a loss payee.

7. In the future, if Debtor fails to make timely payments to the Trustee, fails to bring his Chapter 13 Plan payments current, fails to timely pay taxes on the property, or fails to maintain acceptable insurance on the Property, pursuant to paragraphs 2, 4, 5 or 6 above, Movant will file a Notice of Default with the Clerk of the United States Bankruptcy Court and mail a copy to Debtor and to Debtor's attorney by first class mail.

    a. Debtor will have fourteen (14) days from the date the Notice of Default is mailed to cure the default by filing a Notice of Cure of Default with the Clerk of the United States Bankruptcy Court and providing a copy to Movant's counsel. (The Notice of Cure of Default shall include, as an attachment, written proof of payments, if applicable.)

    b. If Debtor fails to cure the default within fourteen (14) days of the mailing of the Notice of Default, it will be presumed no defense to the breach of this stipulation exists, and the stay will be lifted without further notice or hearing.

8. If the Debtor becomes delinquent on his payments to the Trustee, does not bring his Chapter 13 Plan Payments current, does not pay taxes on the property, or allows insurance coverage to lapse, causing three (3) separate Notices of Default to be filed, relief from automatic stay will be granted without further notice or hearing upon the filing of the Fourth Notice of Default.

IT IS THEREFORE ORDERED THAT the foregoing terms are approved and the parties are Ordered to comply therewith.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 15, 2014

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3

*/S/Ron Buch*
Ron Buch, Attorney for Chapter 13 Trustee
P.O. Box 998
Benton, Illinois 62812

*/S/Marcus H. Herbert*
Marcus H. Herbert, Esq., Attorney for Debtor
Bankruptcy Advocates
308 West Walnut
Carbondale, Illinois 62901
(618) 549-9800
(618) 549-9805 FAX

/S/James S. Cole
David G. Wasinger, IlBar #06200269
James S. Cole, IlBar #06314940
Attorneys for Vanderbilt Mortgage and Finance, Inc.
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX

L:\Vanderbilt.FIL\Piotter.790\bankruptcy\ago.wpd\srl\32315-790

4